143 A.3d 890

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darren Lamont MACKLIN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 4, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of August 2016, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) Whether the government is required to include notice of its intent to seek a mandatory penalty under a recidivist statute within the charging document since such mandatory penalties equate to new, aggravated crimes?

This matter is consolidated with *Commonwealth v. Bragg*, 67 EAL 2016 and *Commonwealth v. Sachette*, 973 MAL 2015 for oral argument.

Justice WECHT did not participate in the consideration or decision of this matter.